MARIE HUEBNER, as Administratrix of the Estate of OTTO HUEBNER, Deceased, Appellant, *v.* GEORGE L. HAMMOND et al., Respondents.

*Huebner* v. *Hammond,* 80 App. Div. 122, affirmed.
(Argued December 4, 1903; decided December 18, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 13, 1903, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term.

*Perry D. Trafford* for appellant.

*Frank C. Avery* and *Mark M. Schlesinger* for respondents.

Judgment affirmed, with costs, on the ground that there was no proof of negligence to submit to the jury.

Concur : PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN, CULLEN and WERNER, JJ.